IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ANNA McKINNIE,

    Plaintiff,

vs.                              5:06-CV-029-SPM/AK

JOANNE BARNHART,
**Commissioner of the Social
Security Administration,**

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

    **THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 18) dated January 22, 2007.  The parties have been furnished a copy and have been afforded an opportunity to file objections.  No objections were filed.

    Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

    Accordingly, it is

    **ORDERED AND ADJUDGED** as follows:

1.    The magistrate judge's report and recommendation (doc. 18) is adopted and incorporated by reference in this order.

2.	The decision of the Commissioner is hereby *affirmed*.

3.	This case is *dismissed* and the clerk is directed to close the file.

**DONE AND ORDERED** this twenty-sixth day of February, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

5:04-CV-093-SPM/AK